### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00059-RBJ-CBS

DALLAS BELT,

    Plaintiff,

vs.

UNITED AIR LINES, INC., a subsidiary of United Continental Holdings, Inc.,

    Defendant.

### ORDER GRANTING UNITED'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER REGARDING EXPERT DESIGNATIONS AND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS

This matter comes before the Court on United's Unopposed Motion to Modify Scheduling Order regarding Expert Designations and Stipulation for Extension of Time to Respond to Plaintiff's Second Set of Discovery Requests, and being fully advised in the matter, and finding that there is good cause shown for the relief sought herein, the Court hereby ORDERS:

Sections 9.d.3 and 9.d.4 of the Scheduling Order [Dkt. 16] are modified as follows: The parties shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before August 24, 2012, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before September 24, 2012.

Pursuant to D.C.COLO.LCivR 6.1(A), United shall have until August 24, 2012 to respond to Plaintiff's second set of written discovery requests.

DATED at Denver, Colorado, on August 9, 2012.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge