# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00059-RBJ-CBS

DALLAS BELT,

    Plaintiff,

vs.

UNITED AIR LINES, INC., a subsidiary of United Continental Holdings, Inc.,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS

---

This matter comes before the Court with regard to Defendant's Unopposed Motion for Leave to Restrict Access to Documents and to Reconsider Order Denying Plaintiff's Motion to Restrict Access to Documents, the Court hereby ORDERS:

The Motion is Granted. The following documents are subject to a Level 1 restriction: Exhibits 27-34, 36-46, and 49-50 to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, and Exhibits DD and EE to United's Reply in Support of its Motion for Summary Judgment

Dated this 4th day of December, 2012.

_____
United States Judge