IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: December 7, 2012 |
| Court Reporter: Kara Spitler | |

Civil Action No. 12-cv-00059-RBJ-CBS

*Parties*:

DALLAS BELT,

    Plaintiff,

v.

UNITED AIRLINES, INC., a subsidiary of
United Continental Holdings, Inc.,

    Defendant.

*Counsel*:

John Culver
Seth Benezra

Maureen Witt
Mark Wiletsky

## COURTROOM MINUTES

**ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT**

**Court in session:**     **9:01 a.m.**

Appearances of counsel.

9:02 a.m.    Argument by Ms. Witt as to the Defendant's Motion for Summary Judgment [Doc. No. 32].

9:27 a.m.    Response by Mr. Culver.

**10:19 a.m.    Court in recess.**
**10:37 a.m.    Court in session.**

10:38 a.m.    Continued response by Mr. Culver.

11:05 a.m.    Reply by Ms. Witt.

**ORDERED:**  Defendant's Motion for Summary Judgment [Doc. No. 32] is TAKEN UNDER ADVISEMENT.

**Court in recess:**     **12:03 p.m.**

Hearing concluded.

Total time:     2:44